BEFORE THE SECOND DIVISION, JANUARY 20, 1966

**No. 69745.**—Delta Mercantile Corp. *v.* United States, protest 65/7308(B) (New York).

Opinion by RAO, C.J. It appearing from the official papers that the protest was filed more than 60 days after liquidation it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 69746.**—Van Oppen & Co., Inc. *v.* United States, protest 65/7352 (New York).

Opinion by RAO, C.J. It appearing from the official papers that the protest was filed more than 60 days after liquidation it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 69747.**—Spatt Textile & Trading Co. *v.* United States, protest 65/7408 (New York).

Opinion by RAO, C.J. It appearing from the official papers that entries 1052707 and 1065942 were filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930, as to said entries. In all other respects, the protest was dismissed for lack of prosecution.